IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH POLAND,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | 4:25CV3062<br><br><br>ORDER |

　　　　Pursuant to the Supplemental rules for Social Security Actions under 42 U.S.C. § 405(g), the court must notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the district where the action is filed. The plaintiff need not serve a summons and complaint under Civil Rule 4. *See* Fed. R. Civ. P. SUPP SS Rule 3.

　　　　Accordingly, Plaintiff's attorney of record need not take action to perfect service as previously directed in the court's March 17 Order. Upon review of the court's notice of electronic filing, the court notified the Commissioner and the United States Attorney for the District of Nebraska of the commencement of this action the same day it was filed, March 17, 2025. In accordance with General Order No. 2022-13, Filing No. 4, the Commissioner shall file a response to the Complaint on or before May 16, 2025.

IT IS ORDERED.

Dated this 23rd day of April, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge