IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH POLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | 4:25CV3062<br><br>**ORDER** |

  The thrust of this case is plaintiff Joseph Poland's ("Poland") request for judicial review of the Commissioner of the Social Security Administration's ("Commissioner") denial of his claims for disability benefits under Title II of the Social Security Act ("Act"), 42 U.S.C. § 401 *et seq.*, and for supplemental security income under Title XVI of the Act, *id.* § 1381 *et seq.* Now pending before the Court are (1) Poland's Motion for an Order Reversing the Commissioner (Filing No. 21) and (2) the Commissioner's Unopposed Motion to Reverse and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (Filing No. 22), which empowers the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

  In line with Poland's requested relief, the Commissioner asks the Court to reverse his final decision denying Poland's claims for benefits and remand this case for further administrative proceedings pursuant to sentence four of § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). He states that on remand an administrative law judge "will take further action to complete the administrative record and issue a new decision." By the title of his motion, the Commissioner states his motion is unopposed. The Court has no reason to think otherwise.

  In light of the foregoing,

IT IS ORDERED:

1. The Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (Filing No. 22) is granted.

2. The Commissioner's final decision is reversed, and this case is remanded for further administrative proceedings before an administrative law judge.

3. Plaintiff Joseph Poland's pending Motion for an Order Reversing the Commissioner (Filing No. 21) is denied.

4. A separate judgment will issue.

Dated this 2nd day of October 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Judge