IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH POLAND,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of the Social Security Administration,<br><br>    Defendant. | 4:25CV3062<br><br>**ORDER** |

    This matter is before the Court on a Joint Stipulation for Fees (Filing No. 27) under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d). As pertinent here, the EAJA permits certain prevailing parties to recover reasonable attorney fees and expenses incurred in a civil action "brought by or against the United States," unless the government's position was "substantially justified or . . . special circumstances make an award unjust." *Id.* § 2412(d)(1)(A); *see also SEC v. Zahareas*, 374 F.3d 625, 630 (8th Cir. 2004).

    Here, plaintiff Joseph Poland ("Poland") and defendant Frank Bisignano, Commissioner of the Social Security Administration (together, the "parties"), state they "have agreed to a compromise settlement of [Poland's] request for attorney fees in the amount of" $9,000. They further state that "amount represents compensation for all legal services rendered on" Poland's behalf in this case.

    The parties remind the Court that under *Astrue v. Ratliff*, 560 U.S. 586, 589-90 (2010), any EAJA fees awarded by the Court "belong to [Poland] and are subject to offset under the Treasury Offset Program." *See* 31 U.S.C. § 3716(c)(3)(B). They ask that any payment by check be sent to Poland's counsel.

Having carefully reviewed Poland's request for an award of EAJA fees (Filing No. 26), the nature of his representation, and the parties' joint stipulation, the Court finds the joint stipulation should be approved. The compromise fee award satisfies the EAJA's statutory requirements, *see* 28 U.S.C. § 2412(d)(1)(A), and is reasonable under the circumstances of this case, *see Gisbrecht v. Barnhart*, 535 U.S. 789, 808-09 (2002). Accordingly,

IT IS ORDERED:

1. The parties' joint stipulation for attorney fees under the Equal Access to Justice Act (Filing No. 27) is approved.
2. Plaintiff Joseph Poland is awarded EAJA fees in the amount of $9,000, subject to any administrative offset required to satisfy any pre-existing debt he may owe to the United States.
3. Poland's Motion for Award of Attorney Fees (Filing No. 26) is denied as moot.
4. The Social Security Administration shall make the fee award payable to Poland and deliver payment to Konoski & Partners, P.C. at its address of record.
5. A separate judgment will issue.

Dated this 5th day of January 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge