IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH POLAND,<br><br>            Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of the Social Security Administration,<br><br>            Defendant. | 4:25CV3062<br><br>**JUDGMENT** |

      In accordance with the Order entered today (Filing No. 28), judgment in the amount of $9,000 is entered in this case in favor of plaintiff Joseph Poland and against defendant Frank Bisignano, Commissioner of the Social Security Administration.

      Dated this 5th day of January 2026.

                                            BY THE COURT:

                                            Robert F. Rossiter, Jr.
                                            Chief United States District Judge